No. 91–5397.   NEGONSOTT v. SAMUELS, WARDEN, ET AL.   C. A. 10th Cir.   [Certiorari granted, 505 U. S. 1218.]   Motion of Iowa Tribe of Kansas and Nebraska et al. for leave to file a brief as *amici curiae* granted.   Motion of the Solicitor General to permit William K. Kelley, Esq., to present oral argument *pro hac vice* granted.

No. 91–8428.   IN RE JONES.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 810] denied.

No. 92–5105.   JONES v. WRIGHT, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, ET AL. C. A. 8th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 810] denied.

No. 92–5407.   MARTIN v. SMITH ET AL.   C. A. 3d Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 810] denied.

No. 92–190.   UNITED STATES v. IDAHO EX REL. DIRECTOR, IDAHO DEPARTMENT OF WATER RESOURCES.   Sup. Ct. Idaho. [Certiorari granted, *ante*, p. 939.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 92–443.   ELFELT ET AL. v. COOPER.   Sup. Ct. Wis.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–5988.   ANDERSON v. WISCONSIN DEPARTMENT OF REVENUE.   Sup. Ct. Wis.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until November 30, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.   JUSTICE BLACKMUN and JUSTICE STEVENS would grant certiorari.

No. 92–548.   IN RE WHITCOMBE.   Petition for writ of mandamus denied.

No. 92–259.   OKLAHOMA TAX COMMISSION v. SAC AND FOX NATION.   C. A. 10th Cir.   Certiorari granted.